UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Certain Underwriters at Lloyd's, London,<br><br>Plaintiff,<br><br>v.<br><br>United Revolver Club of Sacramento, Inc.,<br><br>Defendant. | No. 2:20-cv-00511-KJM-KJN<br><br>ORDER |

On March 5, 2021, the court reset the status (pretrial scheduling) conference in this matter for April 8, 2021 with a joint status report to be filed fourteen days before the conference. Minute Order, ECF No. 19. No status report was filed. The status (pretrial scheduling) conference is thus **vacated and reset for May 6, 2021 at 2:30 p.m.** before the undersigned. Sanctions may be imposed for failures to submit status reports and comply with other court orders in the future.

Dates and deadlines in this action have now been reset several times to accommodate the underlying action and an anticipated settlement of that action, which appears not to have materialized. *See* Minute Orders, ECF Nos. 10, 13, 16. The court does not anticipate resetting the status (pretrial scheduling) conference again absent a detailed showing of good cause.

Plaintiff is directed to serve a copy of this order on defendant, who has not yet appeared.

IT IS SO ORDERED.

DATED: April 1, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1